U.S. DISTRICT COURT
FILED AT WHEELING, WV
JUL 2 7 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JANICE V. PERRY,

      Plaintiff,

v.                                      CIVIL ACTION NO. 3:05CV55

R. JAMES NICHOLSON,
SECRETARY OF VETERANS AFFAIRS,
DEPARTMENT OF VETERANS AFFAIRS,

      Defendant.

## REVISED SCHEDULING ORDER

The Court having duly considered the grounds set forth in the Defendant's Motion to Enlarge Scheduling Order Deadlines, finds that there is good cause to grant said Motion, and accordingly, the **Motion to Enlarge Scheduling Order Deadlines** is hereby **GRANTED**.

It is accordingly further **ORDERED** as follows:

1.      All discovery in this matter shall be completed by October 26, 2007;

2.      All dispositive motions shall be filed by November 16, 2007, with responses due by November 30, 2007, and replies due by December 10, 2007;

3.      Motions in limine, disclosures under Fed.R.Civ.Pro. 26(a)(3), voir dire, jury instructions, and verdict forms shall be submitted by December 14, 2007, with objections due by January 4, 2008.

4.      The parties shall submit their Joint Pretrial Order by February 1, 2008;

5.      A **Final Pretrial Conference** will be held on **February 11, 2008**, at 4:30, in Martinsburg, West Virginia.

6. The **trial** of this action will be held ~~during the week of~~ on February 20, 2008, at 8:30 a.m ~~the exact date thereof to be set by the Court at a later tim~~e.

The Clerk is directed to transmit true copies of this Order to all counsel of record herein.

DATED: 7-27-2007

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE