IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
DEC 12 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

JANICE V. PERRY,

Plaintiff,

v.     CIVIL ACTION NO. 3:05CV55

R. JAMES NICHOLSON,
SECRETARY OF THE UNITED STATES
DEPARTMENT OF VETERANS AFFAIRS

Defendant.

## ORDER GRANTING MOTION TO STAY SCHEDULING ORDER DEADLINES

On this day the Defendant, with the concurrence of the Plaintiff, moved the Court to stay and suspend the deadlines currently in effect under the most recent Scheduling Order entered herein on July 27, 2007, and it appearing to the Court that good cause exists for said Motion, it is accordingly

**ORDERED** that the deadlines currently in effect under the Scheduling Order entered herein on July 27, 2007, beginning with the October 26, 2007 due date for Discovery Completion, and continuing up to and including the Trial Date of February 20, 2008, be, and the same hereby are, suspended and stayed pending notification by the parties as to the outcome of the Mediation scheduled herein on December 20, 2007. It is further

**ORDERED** that the parties advise the Court by January 4, 2008 regarding the status of their mediation efforts and whether it will be necessary for the Court to set a Scheduling Conference for the purpose of establishing a Revised Scheduling Order herein.

DATE: 12-14-2007

JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE